# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Ni2 HEALTH, INC.<br>4516 Seton Center Pkwy.<br>Bldg. 2, Suite 110<br>Austin, TX  78759<br><br>     Plaintiff,<br><br>  v.<br><br>COMMUNITY MEMORIAL HOSPITAL<br>208 N. Columbus Street<br>Hicksville, OH  43526<br><br>     Defendant. | Case No.<br><br>Hon. |

## COMPLAINT

Now comes Plaintiff Ni2 Health, Inc., by and through counsel, and for its Complaint against Defendant Community Memorial Hospital, states as follows:

### PARTIES

1. Plaintiff Ni2 Health, Inc. is a corporation organized and doing business in the State of Texas and provides optimization services to health organizations.

2. Defendant Community Memorial Hospital ("Community") is a non-profit corporation organized and doing business in the State of Ohio and is engaged in providing healthcare services.

### JURISDICTION AND VENUE

3. This Court has jurisdiction of this matter under 28 U.S.C. § 1332 due to the diversity of citizenship of the parties and the amount alleged by Ni2 Health, Inc. exceeds $75,000.00, exclusive of costs and interest.

## COUNT I
### (Breach of Contract)

4. The parties entered into agreements named Statement of Work #1 (Revenue Cycle Services-Charge Capture Optimization) effective September 1, 2022 ("SOW#1"), Statement of Work #2 (Chargemaster Optimization & On-Going Management) effective February 1, 2023 ("SOW#2") and the governing Master Services Agreement effective September 1, 2022 (the "MSA", and together with SOW#1 and SOW#2, collectively, the "Agreement") (attached as **Exhibit 1**).

5. Community breached this agreement in the amount of $1,072,282.81 by failing to make payments owed under the Agreement. (Ledger attached as **Exhibit 2**).

6. Ni2 Health has advised Community of its default by letter, a copy of which is attached as **Exhibit 3**.

7. Further, pursuant to the Agreement, Ni2 Health is entitled to attorney fees arising from Community's breach of the Agreement.

WHEREFORE, Ni2 Health prays for judgment in the amount of $1,072,282.81, interest, attorneys' fees, and costs expended against Community Memorial Hospital.

Respectfully submitted,

*/s/ James P. Silk, Jr.*
James P. Silk, Jr. (0062463)
SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, OH  43604
Phone:  (419) 241-2201
Fax:  (419) 241-8599
jsilk@snlaw.com
*Counsel for Plaintiff*

Dated:  September 30, 2024

705769