**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| Ni2 HEALTH, INC., | Case No. 3:24-cv-01686 |
| Plaintiff, | Hon. James R. Knepp, II |
| v. | |
| COMMUNITY MEMORIAL HOSPITAL, | |
| Defendant. | |

---

**NOTICE OF VOLUNTARY DISMISSAL**

---

Now comes Plaintiff Ni2 Health, Inc., by and through counsel, and hereby gives notice of its voluntary dismissal of all claims in this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

*/s/ James P. Silk, Jr.*
James P. Silk, Jr. (0062463)
SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, OH  43604
Phone:  (419) 241-2201
Fax:  (419) 241-8599
jsilk@snlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically filed this 21st day of October, 2024. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ James P. Silk, Jr.
James P. Silk, Jr.
*Counsel for Plaintiff*

709914

2